UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROLAND L. JOHNSON,<br>    Plaintiff,<br>    v.<br>UNITED STATES OF AMERICA,<br>    Defendant. | No. 2:16-cv-00289-SAB<br><br>**ORDER ENTERING STIPULATION AND DISMISSING CASE** |

    Before the Court is the parties' Stipulation Regarding Order Granting Motion to Dismiss, ECF No. 13. The parties stipulate to the granting of the government's Motion to Dismiss, ECF No. 11. The government asks for the entry of judgment, but further stipulates that it will not seek fees, costs, or expenses. Under Fed. R. Civ. P. 41, the Court enters the stipulation, grants the motion to dismiss, and closes the case.

//
//
//
//
//
//
//
//

**ORDER ENTERING STIPULATION AND DISMISSING CASE ^ 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation Regarding Order Granting Motion to Dismiss, ECF No. 13, is **GRANTED** and **ENTERED** into the record.

2. As a result of the stipulation, Defendant's Motion to Dismiss, ECF No. 11, is **GRANTED**. All of Plaintiff's claims are dismissed.

3. Judgment is **ENTERED** in favor of Defendant. No fees, costs, or expenses are awarded as part of the judgment.

**IT IS SO ORDERED.** The Clerk of Court is directed to **ENTER** this Order, **ENTER** judgment, forward copies to counsel, and **CLOSE** the case.

**DATED** this 18th day of May, 2017.



Stanley A. Bastian
United States District Judge

**ORDER ENTERING STIPULATION AND DISMISSING CASE ^ 2**