# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| ROLAND L. JOHNSON, <br><br> *Plaintiff* <br> v. <br> UNITED STATES OF AMERICA, <br><br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. 2:16-CV-00289-SAB <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The parties' Stipulation Regarding Order Granting Motion to Dismiss (ECF No. 13) is GRANTED. As a result of the stipulation, Defendant's Motion to Dismiss (ECF No. 11) is GRANTED. All Plaintiff's claims are dismissed. Judgment in favor of Defendant. No fees, costs or expenses are awarded as part of the judgment.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Stanley A. Bastian   on a Stipulation Regarding Order Granting Motion to Dismiss (ECF No. 13) and Defendant's Motion to Dismiss (ECF No.11).

Date: 5/18/2017

*CLERK OF COURT*

SEAN F. McAVOY

*s/ Lennie Rasmussen*
*(By) Deputy Clerk*

Lennie Rasmussen